usual form in the penalty of $5,000, to be approved as to form and sufficiency of sureties by a justice of the Supreme Court. Order to be settled by and before Mr. Justice Williams on one day's notice.

SPRING and KRUSE, JJ., dissent.

---

BAUER v. HAWES et al. (Supreme Court, Appellate Division, First Department. April 26, 1907.) Action by Louis Bauer against Euphemia A. Hawes, impleaded with others. No opinion. Motion denied, with $10 costs. Order filed.

---

BAYNES, Respondent, v. BAYNES Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. May 1, 1907.) Action by Emma Baynes against Henry T. Baynes, impleaded with Frederick A. Baynes. No opinion. Judgment and order affirmed, with costs.

---

BEARD, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. May 10, 1907.) Action by Mary A. Beard against the city of New York. No opinion. Order affirmed, with $10 costs and disbursements.

---

BEARDSWORTH v. HARNDEN et al. (Supreme Court, Appellate Division, First Department. April 12, 1907.) Action by Lillie Beardsworth against Ida Harnden, impleaded with others. No opinion. Motion granted, without costs. Order filed.

---

BEARDSWORTH v. HARNDEN et al. (Supreme Court, Appellate Division, First Department. April 12, 1907.) Action by Lillie Beardsworth against Ida Harnden, impleaded with others. No opinion. Motion granted, with $10 costs. Order filed.

---

BECK v. KROCHINSKY. (Supreme Court, Appellate Term. May 16, 1907.) Appeal from Municipal Court, Borough of Manhattan, Fourteenth District. Action by Edward H. Beck against Michael Krochinsky. From a Municipal Court judgment in favor of plaintiff, defendant appeals. Modified and affirmed. Jacob W. Block for appellant. Jacob E. Salomon for respondent.

PER CURIAM. This is an action to recover possession of 43 overcoats, the materials for which were left by plaintiff with defendant to be made up. The defendant was to receive $1 each for making. The marshal replevied 12 coats, and the value of each coat was proven to be $4. The action was originally commenced against "John Krochinsky, name 'John' being fictitious, real name unknown to plaintiff, and John Doe." On the trial the attorney for defendant consented that the names of all the partners be inserted in the papers, viz., Michael Krochinsky, Barnet Krochinsky, and Louis Meyer. The judgment should be modified, so as to provide a direction for the return of the property after payment to the defendant of the sum of $43, and, in case a return cannot be had, then for the value of the chattels not returned,

to wit, $124, less the sum of $43, and, as so modified, affirmed, without costs of this appeal to either party. Cooper v. Kipp, 52 App. Div. 250, 65 N. Y. Supp. 379.

---

BELDEN, Appellant, v. CITY OF NIAGARA FALLS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. September, 1906.) Action by Duane E. Belden against the city of Niagara Falls and another. No opinion. Order affirmed, with $10 costs and disbursements.

---

BERRY, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Third Department. May 8, 1907.) Action by Patrick Berry against William M. Smith. No opinion. Judgment unanimously affirmed, with costs.

---

BINGHAMTON BOILER COMPOUND CO., Appellant, v. McCONNELL MFG. CO., Respondent. (Supreme Court, Appellate Division, Third Department. May 8, 1907.) Action by the Binghamton Boiler Compound Company against the McConnell Manufacturing Company. No opinion. Order affirmed, with $10 costs and disbursements.

---

BITTROLFF v. COOK et al. (Supreme Court, Appellate Division, First Department. April 26, 1907.) Action by Louisa Bittrolff against Valentine Cook, Jr., impleaded with others. No opinion. Motion granted, and appeal dismissed. Order filed.

---

BLANCHARD, Appellant, v. VILLAGE OF LYON FALLS, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 8, 1907.) Action by Simon Blanchard against the village of Lyon Falls. No opinion. Interlocutory judgment affirmed, with costs, with leave to plead over upon payment of the costs of the demurrer and of this appeal.

---

In re BLATT. (Supreme Court, Appellate Division, First Department. May 10, 1907.) In the matter of Max Blatt. W. B. Crowell, for appellant. I. B. Louis, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

BOULANGER, Respondent, v. WHITE'S EXPRESS CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Frank D. Boulanger against White's Express Company. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

---

In re BRADY'S WILL. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) In the matter of a paper writing purporting to be the last will and testament of Rosetta Brady, deceased. No opinion. Decree of the Surrogate's Court of Westchester county affirmed, with costs.

---

BRAND, Respondent, v. EAKINS, Appellant. (Supreme Court, Appellate Division, Second De-